IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SEAN NYULASSY, | CASE NO. 5:12-cv-01182 EJD |
| Plaintiff(s), | **ORDER RE: LETTERS FROM COUNSEL** |
| v. | |
| LOCKHEED MARTIN CORPORATION, | [Docket Item No(s). 15, 16, 17, 18] |
| Defendant(s). | |

Counsel for both Plaintiff and Defendant have recently filed letters requesting and opposing certain relief from the court. <u>See</u> Docket Item No. 15, 16, 17, 18. Counsel are referred to Section VI of this court's Scheduling Notes, publicly available on the website for the Northern District of California, which states:

> The Court does not respond to letters or letter briefs seeking legal relief from the Court, unless leave to make such a request has been specifically granted. All requests requiring the Court to take action shall be made by either a Stipulation and Proposed Order or by appropriate motion made pursuant to the Local Rules.

The parties are ordered to present any further requests for relief accordingly. The court will take no action on the letters which appear as Docket Item Nos. 15 through 18.

**IT IS SO ORDERED.**

Dated: March 29, 2012

EDWARD J. DAVILA
United States District Judge

1

CASE NO. 5:12-cv-01182 EJD
ORDER RE: LETTERS FROM COUNSEL